UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| MARK EDWARD PETERSON, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:05-cv-1905-RLY-WTL |
| ) | |
| CHAUTAUQUA AIRLINES, INC., ) | |
| ) | |
| Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that this cause of action is **dismissed with prejudice.**

Date: 1/9/2008

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

Deputy Clerk, U.S. District Court

Distribution:

Mark Edward Peterson
9207 Preston Run Ct.
Gooplettsville, TN 37072

David J. Carr
ICE MILLER LLP
carr@icemiller.com

Margaret Dewey Wielenberg
ICE MILLER LLP
margaret.wielenberg@icemiller.com